

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00230-CR

**EX PARTE** Isaac **BARAHONA-GOMEZ**

From the County Court, Kinney County, Texas
Trial Court No. 14039CR
Honorable Susuan D. Reed, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's order denying Isaac Barahona-Gomez's application for pretrial writ of habeas corpus is REVERSED and this cause is REMANDED to the trial court for further proceedings.

SIGNED September 27, 2023.

_____
Irene Rios, Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.